UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.L., et al., <br><br>                             Plaintiffs, <br><br>             -v.- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>                             Defendants. | 23 Civ. 06225 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

       On July 19, 2023, Plaintiffs moved for a temporary restraining order and preliminary injunction.  *See* ECF No. 5.  It is hereby ORDERED that counsel for all parties appear for a conference with the Court on **July 24, 2023**, at **10:45 A.M.** to address the motion and next steps, including, but not limited to, (1) a briefing schedule, (2) whether there is a need for limited discovery and/or an evidentiary hearing, and (3) whether any hearing should be consolidated with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

       Counsel shall consult about the foregoing topics before the conference.  In addition, Defendants are welcome, but not required, to submit a letter addressing Plaintiffs' motion before the conference.

       The conference will be held remotely by telephone.  Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 248 602 736#.  Members of the public may call the same number but are to keep their phones muted during the proceeding.

       Plaintiffs shall promptly serve a copy of this Order on Defendants via email.

SO ORDERED.

Dated: July 20, 2023
      New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge