# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

October 12, 2023

*By ECF*
The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED.  The Court wishes counsel well.
> The Clerk of Court is directed to terminate ECF No. 5.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: Oct. 18, 2023

    Re:    *T.L. v. N.Y.C. Dep't of Educ., et al.,* 23-cv-6225 (JHR)(BC)

Dear Judge Rearden:

    I represent the Plaintiffs in the above-referenced case. I am writing to provide a status update on this matter and the current situation.

    First, I would like to advise the Court that my father has recently experienced a sudden decline in his health condition. As such, I will be taking an unscheduled leave of absence and will be transferring this case to another attorney at our office in the near future.

    Further, the student, K.L, is currently receiving a 1:1 transportation paraprofessional with an adjusted pick-up time. As of now, this has ameliorated the emergency situation with respect to the issues related to implementation of K.L.'s special education transportation services. Given the current state of affairs, Plaintiff requests to withdraw their claims seeking a temporary restraining order and preliminary injunction (ECF No. 5), without prejudice. Moreover, Plaintiff is still considering Defendants' request to withdraw the Complaint in its entirety and can provide a status update on this issue to the Court in two weeks, on October 26, 2023.

    Thank you for Your Honor's consideration of these requests.

                                                    Respectfully submitted,

                                                    /s/

                                                  _____
                                                  Nicolas Apter-Vidler, Esq.
                                                  Counsel for Plaintiffs

Cc: Attorneys of Record (via ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2023
```